**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1044

_____

ANDREA C. WEATHERS,

                    Plaintiff - Appellant,

          v.

UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; HERBERT B.
PETERSON, in his individual and official capacity; JONATHAN
KOTCH, in his individual and official capacity; BARBARA K.
RIMER, in her individual and official capacity; EDWARD M.
FOSTER, in his individual and official capacity; SANDRA L.
MARTIN, in her individual and official capacity,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  Thomas D. Schroeder,
District Judge.  (1:12-cv-01059-TDS-JEP)

_____

Submitted:  June 30, 2014          Decided:  July 22, 2014

_____

Before MOTZ, KEENAN, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Andrea C. Weathers, Appellant Pro Se.  Matthew Thomas Tulchin,
NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrea C. Weathers appeals the district court's order granting Defendants' motion to dismiss her action for relief under Federal Rule of Civil Procedure 60(d)(1), (3). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Weathers v. Univ. of N.C., No. 1:12-cv-01059-TDS-JEP (M.D.N.C. Sept. 30, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid the decisional process.

AFFIRMED